IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CATHERINE V. FANCIULLO, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:23-CV-00310-JCB |
| v. | § § § | |
| SHERIFF BOTIE HILLHOUSE, | § § § | |
| Defendant. | § § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

On June 22, 2023, Plaintiff Catherine Fanciullo, proceeding pro se, filed the instant action alleging claims pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) On June 30, 2023, the court issued an order directing Plaintiff to amend her complaint in this matter. (Doc. No. 5.) The court outlined the deficiencies in Plaintiff's complaint and mailed her a copy of the court's order along with a standard section 1983 form. *Id*. The court ordered Plaintiff to amend her complaint on the standard form stating specific facts to support her claims within 30 days of the court's order. *Id.* The court warned that "[f]ailure to replead in conformity with this order may result in dismissal of the complaint." *Id.* Plaintiff acknowledged receipt of the court's order on August 4, 2023. (Doc. No. 6.) More than 30 days have passed since acknowledgement of the court's order, and Plaintiff has not complied with the court's order.

A district court may dismiss an action for the failure of a litigant to prosecute or to comply with any order of the court. *See McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) ("The court possesses the inherent authority to dismiss the action *sua sponte*, without motion by a

1

defendant."); Fed.R.Civ.P. 41(b). Here, as discussed above, Plaintiff has failed to comply with an order of the court and has failed to prosecute her case. Having not received an amended complaint by the court-ordered deadline, the court **RECOMMENDS** that this action be **DISMISSED** without prejudice for failure to comply with a court order and failure to prosecute.

Within fourteen (14) days after receipt of the Magistrate Judge's Report, any party may serve and file written objections to the findings and recommendations contained in the Report. A party's failure to file written objections to the findings, conclusions and recommendations contained in this Report within fourteen (14) days after being served with a copy shall bar that party from *de novo* review by the district judge of those findings, conclusions and recommendations and, except on grounds of plain error, from appellate review of unobjected-to factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United States Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).

**So ORDERED and SIGNED this 13th day of September, 2023.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE